# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW HILL, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>VAN RU CREDIT CORPORATION,<br><br>      Defendant. | Case No. 14-cv-1384-BAS-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

   Pending before the Court is the parties' joint motion to this action with prejudice. (ECF No. 52.) Having reviewed the motion, and noting that the stipulation of dismissal has been signed by all parties who have appeared, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** this action in its entirety. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). As no class was certified in the case, the dismissal is without prejudice as to putative class members. Each party shall bear its own fees and costs. Van Ru's motion for summary judgment (ECF No. 37) and motion to file documents under seal (ECF No. 46) are **TERMINATED AS MOOT**.

//
//
//

1 | //

2 | **IT IS SO ORDERED.**

3

4 | **DATED:  September 9, 2016**

5

6 | Hon. Cynthia Bashant
United States District Judge